UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-20071-CR-JORDAN

UNITED STATES OF AMERICA,   )
                            )
v.                          )
                            )
MICHAEL LAUER, et al.,      )
_____)

### ORDER ON MR. LAUER'S MOTIONS

Upon a de novo review of the record, including Mr. Lauer's objections [D.E. 511], and with the benefit of oral argument, I adopt Magistrate Judge McAliley's report and recommendation [D.E. 497], incorporating my comments at the hearing held on March 23, 2010.  Accordingly, Mr. Lauer's motion for return of property [D.E. 392] is DENIED, and Mr. Lauer's motion to suppress and for additional remedies [D.E. 422] is GRANTED as to suppression and DENIED as to other sanctions/remedies.

DONE and ORDERED in chambers in Miami. Florida, this 24th day of March, 2010.

_____
Adalberto Jordan
United States District Judge

cc:   Magistrate Judge McAliley
      All counsel of record